Edward F. Le Gendre, appellee, v. Bankers-Commercial Security Company, Inc., appellant. Gen. No. 25,532.

Action to recover attorney's fees. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 8, 1920.

John Taylor Booz, for appellant. Musgrave, Oppenheim & Lee, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Martha Zantara, appellee, v. R. J. Ederer Company, appellant. Gen. No. 25,541.

Action to recover for injury to girl under 16 years of age employed in violation of Child Labor Act. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. C. F. Irwin, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed March 8, 1920.

Wiley W. Mills and George A. Mason, for appellant. Corinne L. Rice and A. H. Ranes, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Sarah E. Peck, appellant, v. A. D. Confelt, appellee. Gen. No. 25,550.

Action to recover for money received by defendant for plaintiff and converted. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. James Donahoe, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 8, 1920.

Joseph E. Winterbotham, for appellant. Thomas Mathiesen, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Mary E. Merwin et al., complainants, Ainslie Anthony, appellant, v. Lyman A. Furbeck et al., defendants. D. I. Jarrett and John Heist, administrators of the estate of Elmer D. Duff, deceased, receiver, appellees. Gen. No. 25,563.

Suit to foreclose trust deed. Order approving receiver's report. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 8, 1920. Certiorari denied by Supreme Court (making opinion final).

Albert E. Lake, for appellant. Deming & Jarrett, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.